**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 04-2573**

―――――――――――

CHARLES L. FREEZE,

                                            Plaintiff - Appellant,

         versus

UNITED STATES OF AMERICA, Substituted for
defendant, Dr. Donald Durham Volkmer; DONALD
DURHAM VOLKMER, DR.,

                                       Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. Frank W. Bullock, Jr.,
District Judge. (CA-03-596-1)

―――――――――――

Submitted: May 19, 2005                      Decided: May 24, 2005

―――――――――――

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Charles L. Freeze, Appellant Pro Se. Lynne P. Klauer, OFFICE OF
THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles L. Freeze appeals the district court's orders dismissing his civil complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Freeze v. United States, No. CA-03-596-1 (M.D.N.C. Nov. 15, 2004; Dec. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED